**FILED**

JUN 2 6 2019 ᵦᵂ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **19 CR 532** |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| ANDREW ANANIA | ) | Code, Section 922(g)(1) |

JUDGE COLEMAN
MAGISTRATE JUDGE COX

**COUNT ONE**

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about February 15, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

ANDREW ANANIA,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding on year, did knowingly possess, in and affecting interstate commerce a firearm, namely a Bersa Thunder, Model Blue Steel, .380 caliber semi-automatic pistol, bearing serial number E37264, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Bersa Thunder, Model Blue Steel, .380 caliber semi-automatic pistol, with serial number E37264.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY