**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:19−cr−00532
                                            Honorable Sharon Johnson Coleman

Andrew Anania
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 7, 2020:

MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Andrew Anania: Defendant Andrew Anania filed an emergency motion for pretrial release [25] from the Jerome Combs Detention Center. Anania has not previously had a detention hearing, and to the court's knowledge has not been interviewed by the Pretrial Services Office. He alleges that he is at greater risk of contracting COVID−19 due to lupus and proposes conditions for release. The court requests that Pretrial Services interview Mr. Anania and his proposed third−party custodian. The Government is ordered to respond to the motion by 3:00 p.m. on 5/11/2020. The Government is directed to obtain the medical records of the Defendant from the facility and attach them under seal as an exhibit to its responsive filing and provide a copy to the Court. By placing his medical condition at issue, the Defendant waives his right to confidentiality over the medical records from the facility. A bond hearing, if one is necessary, will set by the court's deputy to take place by telephone or videoconference on Friday, 5/15/2020. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.