# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                    Case No.: 1:19–cr–00532
                                    Honorable Sharon Johnson Coleman

Andrew Anania

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Andrew Anania: Defendant Andrew Anania filed an emergency motion for pretrial release [25] from the Jerome Combs Detention Center. Mr. Anania suffers from lupus and believes he is therefore at greater risk of contracting COVID–19. At the court's direction, the government has submitted Mr. Anania's medical records, which appear to show that his condition is stable. There are no reported cases of COVID–19 at Jerome Combs, but the court recognizes that this could change quickly, rendering detainees at risk Mr. Anania has prior convictions for crimes of violence, however, and was on parole after serving time for murder conspiracy at the time he was apprehended, in possession of semi–automatic weapon. His evident failure to comply with parole conditions gives little confidence he would comply with conditions imposed by this court. His emergency motion (759 in 20 C 1792) is denied without prejudice. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.